UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
JUN 2 4 2003

| | |
|---|---|
| MARK WACHHOLZ, as Administrator of the Estate of Alex Wachholz, on his behalf and on behalf of his wife, JILL WACHHOLZ and his children, MEGAN WACHHOLZ and MARLEIGHA LOSSIN, minors, and as father and next friend of MEGAN WACHHOLZ, Plaintiffs, v. LEVOLOR HOME FASHIONS, INC.; NEWELL WINDOW FURNISHINGS, INC. LEVOLOR HOME FASHIONS, a division of Newell Window Furnishings, Inc.; and HABITAT WALLPAPER AND BLINDS, INC., Defendants. | NO. 01 C 0698<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Geraldine Soat Brown |

### NOTICE OF FILING

TO: Joseph J. Krasovec III
Schiff, Hardin & Waite
Sears Tower, #6600
Chicago, IL 60606
VIA FAX: 312/258-5600

PLEASE TAKE NOTICE that we have this 23rd day of June, 2003, filed with the Clerk of the United States District Court, Illinois, the following:

### PLAINTIFFS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR SECOND MOTION FOR SANCTIONS

PAUL N. BONADIES (6206589)
JAMES E. DAHL & ASSOCIATES
225 West Washington Street, Suite 1125
Chicago, Illinois 60606
312/641-3245

James E. Dahl & Associates
Attorneys for Plaintiff

### AFFIDAVIT OF SERVICE BY FAX AND MAIL

The undersigned, being first duly sworn on oath, states that she served the foregoing document on the above-named attorneys of record by facsimile and by placing a true and correct copy in the U.S. Mail chute at 225 West Washington Street, Chicago, Illinois on June 23, 2003.

SUBSCRIBED AND SWORN to before me this 23rd day of June 2003

_Lisa M. Odeh_
NOTARY PUBLIC

OFFICIAL SEAL
LISA M. ODEH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-10-2004

91

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK WACHHOLZ, as Administrator of the Estate of Alex Wachholz, on his behalf and on behalf of his wife, JILL WACHHOLZ and his children, MEGAN WACHHOLZ and MARLEIGHA LOSSIN, minors, and as father and next friend of MEGAN WACHHOLZ,<br>              Plaintiffs,<br>v.<br><br>LEVOLOR HOME FASHIONS, INC.;<br>NEWELL WINDOW FURNISHINGS, INC.<br>LEVOLOR HOME FASHIONS, a division of Newell Window Furnishings, Inc.; and HABITAT WALLPAPER AND BLINDS, INC.,<br>              Defendants. | NO. 01 C 0698<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Geraldine Soat Brown |

**DOCKETED JUN 2 4 2003**

### PLAINTIFFS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR SECOND MOTION FOR SANCTIONS

Plaintiffs, Mark Wachholz, as Administrator of the Estate of Alex Wachholz, on his behalf and on behalf of his wife, Jill Wachholz and his children, Megan Wachholz and Marleigha Lossin, minors, and as father and next friend of Megan Wachholz, by and through their attorneys, James E. Dahl and Paul N. Bonadies, respectfully submit the following Supplemental Memorandum in Support of Their Second Motion for Sanctions.

1. Plaintiffs have filed several motions for sanctions against defendant Levolor Home Fashions for failure to comply with discovery requests.

2. The latest motion for sanctions was filed on February 11, 2003. In connection with that motion, Judge Gettleman extended the discovery cut off date to allow for additional discovery.

1

3. As a result of the late production of documents, the plaintiffs have had to re-depose Mr. Mark Weppner and Mr. Peter Rush. Furthermore, the additional documents identified new individuals who were deposed. These new individuals were Mr. Allen Ireland, Ms. Martha Kness and Mr. James Daniels.

4. The defendants' conduct has delayed the proceedings of this matter by at least 6 months. This delay was caused by the plaintiffs having to file repeated Motions for Sanctions in order to obtain compliance with discovery, the defendants' late production of an additional 325 pages of documents and the resultant depositions.

5. Attached as Exhibit A to this supplemental memorandum is an itemization of the time and costs incurred by the plaintiffs' counsel in connection with having to take the depositions of these individuals. This total time and costs amounts to $10,864.76.

6. The time and costs should be taken into account in rendering a decision with respect to plaintiffs' Second Motion for Sanctions. The time and costs incurred by the plaintiffs are directly related to the conduct of the defendants and their failure to timely respond to plaintiffs' discovery requests.

WHEREFORE, plaintiffs respectfully request this Court to enter a default judgment against the defendants or, in the alternative, to award the total fees and costs incurred by the plaintiffs in connection with the depositions referenced above and 6 months of interest on any judgment that may be obtained by the plaintiffs as a result of the delay in the proceedings of this matter.

JAMES E. DAHL, 0568724
PAUL BONADIES, 6206589
JAMES E. DAHL & ASSOCIATES
225 West Washington Street, #1125
Chicago, IL 60606, 312/641-3245

MARK WACHHOLZ, as Administrator
of the Estate of Alex Wachholz,

By: _____
One of His Attorneys

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK WACHHOLZ, as Administrator of the Estate of Alex Wachholz, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEVOLOR HOME FASHIONS, INC.; et al. <br><br> Defendants. | No. 01 C 0698 <br> Judge Robert W. Gettleman <br> Magistrate Judge Geraldine Soat Brown |

**COUNSEL FOR PLAINTIFFS' FEES AND COSTS
IN CONNECTION WITH MOTIONS FOR SANCTIONS**

| DATE | DESCRIPTION | HOURS | FEES |
|---|---|---|---|
| 12/16/02 | Prepare and take deposition of Allen Ireland | 4.50 | 1,012.50 |
| 04/29/03 | Prepare for depositions of Martha Kness and James Daniels | 4.00 | 900.00 |
| 04/30/03 | Prepare and take depositions of Martha Kness and James Daniels | 7.00 | 1,575.00 |
| 05/05/03 | Prepare and take deposition of Peter Rush | 8.00 | 1,800.00 |
| 06/13/03 | Prepare and take deposition of Mark Weppner | 8.00 | 1,800.00 |
| | | **HOURS: 31.50** | **FEES: $7,087.50** |

The undersigned certifies that he has been a licensed and practicing attorney since 1991 and that his hourly rate for services is $225.00/hour.

_____
PAUL N. BONADIES

Subscribed and Sworn to before
me this 23rd day of June 2003

_____
NOTARY PUBLIC

OFFICIAL SEAL
SHARI L. SANTELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-3-2006

EXHIBIT A

**COSTS:**

Allen Ireland Deposition - December 16, 2002:

 Kruse & Associates (reporter & transcript)  $392.50

Martha Kness Deposition - April 30, 2003:

 Kruse & Associates (reporter & transcript)  340.43

James Daniels Deposition - April 30, 2003:
 Kruse & Associates (reporter & transcript)  361.34

Peter Rush Re-Deposition - May 5, 2003:

| | |
|---|---|
| Esquire Deposition Service (reporter & transcript) | 531.61 |
| Cameo Travel (air fare) | 496.50 |
| Hertz Rental (trans. to hotel & dep.) | 91.17 |
| O'Hare Airport (overnight parking) | 50.00 |

Mark Weppner Re-Deposition - June 13, 2003:

| | |
|---|---|
| Jack W. Hunt & Associates (reporter & transcript) | 749.60 |
| Cameo Travel (air fare) | 475.50 |
| Buffalo Marriott Hotel (one night hotel stay) | 222.70 |
| Enterprise Rent-A-Car (trans. to hotel & dep.) | 65.91 |

**TOTAL COSTS: $3,777.26**

**TOTAL FEES AND COSTS: $10,864.76**

JAMES E. DAHL, 0568724
PAUL BONADIES, 6206589
JAMES E. DAHL & ASSOCIATES
225 West Washington Street, #1125
Chicago, Illinois 60606
312/641-3245

MARK WACHHOLZ, as Administrator
of the Estate of Alex Wachholz, et al.

By: _____
  One of Their Attorneys

2

## **VERIFICATION**

Paul N. Bonadies states that he has read and reviewed the foregoing "**Counsel For Plaintiffs' Fees And Costs In Connection With Motions For Sanctions**", and that the statements set forth therein are true and correct to the best of his personal knowledge.

PAUL N. BONADIES

Subscribed and Sworn to before me this 23rd day of of June 2003

NOTARY PUBLIC

OFFICIAL SEAL
SHARI L. SANTELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-3-2006

3