Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 01 C 698 | **DATE** | 8/27/2003 |
| **CASE TITLE** | Wachholz, et al. vs. Levolor Hm Fashions, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held and continued to 9/24/2003 at 9:30 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] This matter comes to be heard for status and argument on plaintiffs' motion for sanctions. Defendants' counsel fails to appear. Plaintiffs' counsel represents to the Court that the parties have reached an agreement on the subject of sanctions, under which the defendants will pay the amount of $8,000.00 to resolve the issue of sanctions. Therefore, plaintiffs' 2nd motion for sanctions [75-1] and supplement to motion for sanctions [91-1] are stricken as moot. Also, that part of plaintiffs' motion to compel [67-2] seeking sanctions is likewise stricken as moot. /s/ Geraldine Soat Brown

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | | 92 |
| | Notified counsel by telephone. | AUG 28 2003 date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| mm7 | courtroom deputy's initials | 03 AUG 27 PM 4:50 date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |