UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
JAN 2 8 2004

| | |
|---|---|
| MARK WACHHOLZ, as Administrator of the Estate of Alex Wachholz, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>LEVOLOR HOME FASHIONS, INC.; )<br>et al. )<br><br>Defendants. ) | NO. 01 C 0698<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Geraldine Soat Brown |

FILED
JAN 27 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

TO: Joseph Krasovec, III
Schiff, Hardin & Waite
233 South Wacker Drive
Sears Tower, Suite 6600
Chicago, IL 60606

PLEASE TAKE NOTICE that we have this 27th day of January, 2004, filed with the Clerk of the United States District Court, Illinois, the following:

### STIPULATION TO DISMISS

PAUL N. BONADIES (6206589)
DAHL & BONADIES
225 West Washington Street, #1640
Chicago, Illinois 60606
312/641-3245

_____
Attorneys for Plaintiffs

### AFFIDAVIT OF SERVICE BY MAIL

The undersigned, being first duly sworn on oath, states that she served the foregoing document on the above-named attorneys of record by placing a true and correct copy in the U.S. Mail chute at 225 West Washington Street, Chicago, Illinois on January 27, 2004.

SUBSCRIBED AND SWORN
to before me this 27th day of
January, 2004.

_____
NOTARY PUBLIC

_____

121

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK WACHHOLZ, as Administrator of the Estate of Alex Wachholz, on his behalf and on behalf of his wife, JILL WACHHOLZ and his children, MEGAN WACHHOLZ and MARLEIGHA LOSSIN, minors, and as father and next friend of MEGAN WACHHOLZ,<br><br>　　　　　Plaintiffs,<br>v.<br><br>LEVOLOR HOME FASHIONS, INC.;<br>NEWELL WINDOW FURNISHINGS, INC.;<br>LEVOLOR HOME FASHIONS, a division of Newell Window Furnishings, Inc.; and HABITAT WALLPAPER AND BLINDS, INC.,<br>　　　　　Defendants. | NO. 01 C 0698<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Geraldine Soat Brown |

### STIPULATION TO DISMISS

Plaintiffs, Mark Wachholz, as Administrator of the Estate of Alex Wachholz, on his behalf and on behalf of his wife, Jill Wachholz and his children, Megan Wachholz and Marleigha Lossin, minors, and as father and next friend of Megan Wachholz, and defendants, Levolor Home Fashions, Inc.; Newell Window Furnishings, Inc.; Levolor Home Fashions, a division of Newell Window Furnishings, Inc.; and Habitat Wallpaper and Blinds, Inc., by and through their respective attorneys, hereby stipulate and agree to dismiss this cause of action, with prejudice, with each party to bear their own respective costs and attorney's fees, all matters having been resolved.

_____
Attorneys for Plaintiffs
Paul N. Bonadies
Dahl & Bonadies
225 West Washington Street
Suite 1640
Chicago, IL 60606

_____
Attorneys for Defendants
Joseph Krasovec, III
Schiff, Hardin & Waite
233 South Wacker Drive
Sears Tower, Suite 6600
Chicago, IL 60606