# Transcripts Are Not Imaged

# See Original Document in

# Files Department